**FILED**

MAY - 7 2003

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKL
BY_____ DEPU

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANDREW W. MARR, JR., ET AL., | ) | **DOCKETED** |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | NO. CIV-03-0500-HE |
| | ) | |
| HAROLD H. HOLDEN, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

In accordance with the order entered this date, this action is dismissed.

IT IS SO ORDERED this 7th day of May, 2003.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

**ENTERED IN JUDGEMENT
DOCKET ON
5-7-03**

